**12-Person Jury**

FILED
8/19/2021 1:57 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L008366

STATE OF ILLINOIS
IN THE CIRCUIT COURT FOR COOK COUNTY, ILLINOIS
COUNTY OF COOK

FILED DATE: 8/19/2021 1:57 PM   2021L008366

| | | |
|---|---|---|
| DALE D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2021 L *8366* |
| | ) | |
| | ) | Plaintiff demands trial by a jury |
| | ) | of twelve (12) persons. |
| JOHN G. PAPPAS, and | ) | |
| VITRACOAT AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT AT LAW

COUNT I

NEGLIGENCE-DEFENDANT PAPPAS

NOW COMES the Plaintiff, DALE D. WHITE, by and through his attorney, Mark A. Byrd, and for his Complaint against the Defendant, JOHN G. PAPPAS, hereby avers and alleges as follows:

1.   At all times relevant hereto, Plaintiff was and is a resident of Winnebago County, in the State of Illinois.

2.   At all times relevant hereto, Defendant Pappas was and is a resident of the City of Aurora, in the County of DuPage , in the State of Illinois and Defendant VITRACOAT AMERICA, INC. was and is a Delaware Corporation with its principal place of business located in Elkhart, Indiana, and on information and belief doing business in the State of Illinois.

3.   At all times relevant hereto, on information and belief the Defendant PAPPAS was in the

**EXHIBIT A**

FILED DATE: 8/19/2021 1:57 PM 2021L008366

employ of Defendant VITRACOAT AMERICA, INC., and was operating his company vehicle in the scope of his employment with VITRACOAT AMERICA, INC.

4.    At all times relevant hereto, the intersection of I-290 Westbound and Austin Boulevard. lies in the City of Chicago, County of Cook, in the State of Illinois.

5.    Jurisdiction and venue is proper in Cook County, Illinois, as this action involves a motor vehicle accident which occurred in Cook County, Illinois.

6.    On August 24, 2019, at approximately 6:10 a.m., Plaintiff was operating his 2006 Harley Davidson FXDB Westbound on I-290 in the center lane of Westbound traffic approaching the intersection of Austin Boulevard.

7.    On August 24, 2019, at approximately 6:10 a.m., Defendant PAPPAS was operating his motor vehicle, a 2018 Ford Edge owned on information and belief by Defendant VITRACOAT AMERICA, INC., and was, on information and belief a company vehicle used by Defendant PAPPAS who was an employee of the Defendant operating said vehicle in the scope of his employment with Defendant VITRACOAT AMERICA, INC.

8.    At approximately 6:10 a.m. on August 24, 2019, Defendant PAPPAS was driving the 2018 Ford Edge on Westbound I-290 near the intersection of Austin Boulevard, in the Southernmost lane of Westbound I-290 traffic, immediately to the left and a short distance behind the Plaintiff.

9.    At all times relevant hereto Plaintiff was operating his vehicle with ordinary care and in a manner free from negligence.

10.   As Plaintiff approached the intersection of I-290 and Austin Boulevard, Defendant PAPPAS approached Plaintiff and passed by him on Plaintiff's left then immediately

**EXHIBIT A**

FILED DATE: 8/19/2021 1:57 PM   2021L008366

executed a lane change from the southernmost westbound lane of traffic into the Plaintiff's lane of traffic right in front of the Plaintiff, then immediately and forcefully applied his brakes, causing Plaintiff's motorcycle to run into the back end of Defendant's vehicle, and throwing Plaintiff from his vehicle into the air and onto the pavement of the roadway causing severe property damage and bodily injury.

11.    At all times relevant hereto, Defendant PAPPAS owed to Plaintiff and all other motorists operating their vehicles in the vicinity a duty of ordinary care in the operation of his motor vehicle on the roadway, and a duty to operate his motor vehicle in a manner that was free from negligence.

12.    Defendant PAPPAS then and there breached his duty of ordinary care owed to the Plaintiff in the following respects:

A.    Defendant PAPPAS failed to keep a proper lookout for the Defendant's motorcycle and the vehicles traveling westbound in front of them before executing a lane change immediately in front of Plaintiff's vehicle;

B.    Defendant PAPPAS operated his vehicle on the roadway at an excessive rate of speed given the traffic conditions at the time;

C.    Defendant PAPPAS failed to wait to execute the lane change in front of Plaintiff's vehicle until it was safe to do so;

D.    Defendant PAPPAS forcefully applied his brakes immediately following his lane change without regard for traffic behind him at the time, including Plaintiff;

E.    Defendant PAPPAS failed to properly signal before executing his lane change; and

**EXHIBIT A**

FILED DATE: 8/19/2021 1:57 PM   2021L008366

F.      Defendant PAPPAS was otherwise negligent in the operation of his motor vehicle.

13.     As a direct and proximate result of Defendant's failure to operate his vehicle with ordinary care and due to Defendant driving in a negligent manner, Plaintiff sustained severe and irreparable injuries to his person and property damage, and suffered both pecuniary losses as well as continuing and ongoing injuries to his person.

14.     Plaintiff demands a trial by a jury of twelve (12) persons.

WHEREFORE, the Plaintiff, DALE D. WHITE, demands judgment against the Defendant, JOHN G. PAPPAS, in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

4

**EXHIBIT A**

FILED DATE: 8/19/2021 1:57 PM   2021L008366

COUNT II

(RESPONDEAT SUPERIOR AS TO DEFENDANT VITRACOAT AMERICA, INC.)

NOW COMES the Plaintiff, DALE D. WHITE, by and through his attorney, Mark A. Byrd, and for Count II of his Complaint against Defendant VITRACOAT AMERICA, INC., does hereby aver and allege as follows:

1.-13.  For Paragraphs 1-13 of Count II of Plaintiff's Complaint, Plaintiff repeats and realleges paragraphs 1 - 13 of Count I as more fully set forth therein.

14.     That Defendant, VITRACOAT AMERICA, INC., is liable to Plaintiff for any and all injuries and property damage sustained by the Plaintiff due to Defendant PAPPAS' negligence while operating his motor vehicle in the scope of his employment with VITRACOAT AMERICA, INC. under the theory of respondeat superior.

15.     That Plaintiff demand a trial by a jury of Twelve (12) persons.

WHEREFORE, the Plaintiff, DALE D. WHITE, demands judgment against the Defendant, VITRACOAT AMERICA, INC., in an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

5

**EXHIBIT A**

FILED DATE: 8/19/2021 1:57 PM   2021L008366

DALE D. WHITE

STATE OF ILLINOIS          )
                           )    ss
COUNTY OF WINNEBAGO        )

Under the penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that they verily believe the same to be true.

DALE D. WHITE

Subscribed to and Sworn
to before me this *19 th*
day of ~~February~~, 2021.
    August,

Notary Public

OFFICIAL SEAL
MARK A BYRD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/22/24

Mark A. Byrd
Attorney at Law
IARDC 6206618
308 W. State St. Ste. 450
Rockford, IL 61101
(815) 965-5492 Office
(815) 964-5395 Fax
byrdlaw@comcast.net
Cook Co. Atty. # 38336

**EXHIBIT A**

FILED DATE: 3/28/2022 2:30 PM   2021L008366
FILED DATE: 2/17/2022 1:15 PM   2021L008366

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts**

FILED
3/28/2022 2:30 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L008366
Calendar, E
17265127

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION |
|---|---|
| Cook ▼ COUNTY | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

DALE D. WHITE

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

JOHN G. PAPPAS and VITRACOAT AMERICA, INC.,

**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

2021 L 8366
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _Fred Silvell 960_ **and I state**
First, Middle, Last

☑ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
_John G Pappas_ **as follows:**
First, Middle, Last

☐ Personally on the Defendant/Respondent:
Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☑ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _2-28-22_ at this time: _1:00_ ☐ a.m. ☑ p.m.
Address, Unit#: _3653 Periwinkle Way_
City, State, ZIP: _Naples FL 34104_
And left it with: _Lu Ann Pappas - spouse_
First, Middle, Last
Male ☐   Female ☐   Non-Binary ☑   Approx. Age: _65_   Race: _W_
~~and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.~~

☐ On the Corporation's agent, _____
First, Middle, Last
Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

SU-S 1503.2                     Page 3 of 4                     **EXHIBIT B** (06/21)

FILED DATE: 3/28/2022 2:30 PM   2021L008366
FILED DATE: 2/17/2022 1:15 PM   2021L008366

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

Enter the Case Number given by the Circuit Clerk: 2021 L 8366

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

---

| **DO NOT** complete this section. The sheriff or private process server will complete it. |
| --- |

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the** *Proof of Service of Summons* **is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
| --- |

**By:**

_____ 960

*Signature by:* ☐ Sheriff

☑ Sheriff outside Illinois:

*Collier Co., Florida*

*County and State*

☐ Special process server
☐ Licensed private detective

_____ 960
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

**EXHIBIT B** (06/21)

## COLLIER COUNTY SHERIFF'S OFFICE
## RETURN OF SERVICE

Plaintiff/Attorney:

MARK A BYRD, P.C.
308 W STATE ST., STE 450
ROCKFORD, FL 61101

Plaintiff:

DALE D WHITE

Defendant:

JOHN G PAPPAS AND
VITRACOAT AMERICA, INC.

Court: STATE OF ILLINOIS - CIRCUIT
County: COOK

CSE No.:
Case No.: 2021L8366
Appearance Date:     Time:

Person to          JOHN G PAPPAS
Serve:

Service             3653 PERIWINKLE WAY
Address:            NAPLES, FL 34114-2538

Type of Writ:

D30/ALIAS SUMMONS/COMPLAINT AT LAW

---

Received this writ on February 23, 2022, at 12:17 PM and served the same on February 28th, 2022 at 1:00 PM in Collier County, Florida, to wit:

**SUBSTITUTE** service was made by delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me, at the usual place of abode with a member of the household, who is fifteen (15) years of age, or older and informing them of the contents thereof pursuant to F.S. 48.031(1)(a): LU ANN PAPPAS, Spouse.

Comments:

---

KEVIN J. RAMBOSK, SHERIFF

COLLIER COUNTY, FLORIDA

*[signature]*

Frederick Schafer 960

Sheriff's Number: 22000629

Deputy Sheriff, Collier County Sheriff's Office

**ORIGINAL**

**EXHIBIT B**

FILED DATE: 3/28/2022 2:30 PM  2021L008366

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 3/28/2022 2:30 PM   2021L008366
FILED DATE: 2/17/2022 1:15 PM   2021L008366

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | For Court U FILED |
|---|---|---|
| Cook ▾ COUNTY | | 2/17/2022 1:15 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2021L008366 |

| **Instructions ▾** | | |
|---|---|---|
| Enter above the county name where the case was filed. | DALE D. WHITE<br>**Plaintiff / Petitioner** *(First, middle, last name)* | 16751487 |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | JOHN G. PAPPAS and VITRACOAT AMERICA, INC.,<br>**Defendant / Respondent** *(First, middle, last name)* | 2021 L 8366<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: <u>illinoiscourts.gov/documents-and-forms/approved-forms/</u>.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit <u>efile.illinoiscourts.gov/service-providers.htm</u> to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit <u>illinoiscourts.gov/faq/gethelp.asp</u> or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit <u>illinoislegalaid.org</u>.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at <u>illinoislegalaid.org</u>. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at <u>illinoiscourts.gov/documents-and-forms/approved-forms</u>. If your case is a detinue or replevin, visit <u>illinoislegalaid.org</u> for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | | |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br><br>a. Defendant/Respondent's primary address/information for service:<br>   Name *(First, Middle, Last):* John G. Pappas<br>   Registered Agent's name, if any: _____<br>   Street Address, Unit #: 3653 Periwinkle Way<br>   City, State, ZIP: Naples, Florida 34114-2538<br>   Telephone: _____ Email: _____ | ORIGINAL<br>KEVIN RAMBOSK, Sheriff<br>Collier County<br>By _____ |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>   Name *(First, Middle, Last):* _____<br>   Street Address, Unit #: _____<br>   City, State, ZIP: _____<br>   Telephone: _____ Email: _____ | |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>   ☐ Sheriff   ☑ Sheriff outside Illinois: Collier County Florida<br>                                            *County & State*<br>   ☐ Special process server   ☐ Licensed private detective | |

SU-S 1503.2                                     Page 1 of 4                              **EXHIBIT B** (06/21)

FILED DATE: 3/28/2022 2:30 PM 2021L008366

FILED DATE: 2/17/2022 1:15 PM 2021L008366

Enter the Case Number given by the Circuit Clerk: 2021 L 8366

| |
|---|
| In **2**, enter the amount of money owed to you. |
| In **3**, enter your complete address, telephone number, and email address, if you have one. |

**2. Information about the lawsuit:**

Amount claimed: $ ____

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Mark A. Byrd

Street Address, Unit #: 308 W. State St. Ste. 450

City, State, ZIP: Rockford, IL 61101

Telephone: (815) 964-5492 Email: byrdlaw@comcast.net

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| |
|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
| In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. |
| In **4b,** fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website.<br>All of this information is available from the Circuit Clerk. |

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W. Washington St.

City, State, ZIP: Chicago, IL 60602

☐ b. Attend court:

On: ____ at ____ ☐ a.m. ☐ p.m. in ____
*Date* *Time* *Courtroom*

**In-person at:**

____
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: ____
*Call-in number for telephone remote appearance*

By video conference: ____
*Video conference website*

____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ____ or visit their website
*Circuit Clerk's phone number*

at: ____ to find out more about how to do this.
*Website*

| |
|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. |
| **STOP!**<br>The officer or process server will fill in the Date of Service. |

**Witness this Date:** 2/17/2022 1:15 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ____

CIRCUIT COURT • OF COOK COUNTY, ILLINOIS •

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: ____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**EXHIBIT B**

<div style="text-align:right">

**BUSINESS INFORMATION**
HOLLI SULLIVAN
INDIANA SECRETARY OF STATE
03/23/2022 03:44 PM

</div>

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **VITRACOAT AMERICA, INC.** | Business ID: | **2008052700721** |
| Entity Type: | **Foreign For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **05/23/2008** | Inactive Date: | |
| Principal Office Address: | **2807 Marina Dr., Elkhart, IN, 46514, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Delaware** | Business Entity Report Due Date: | **05/31/2022** |
| Original Formation Date: | **09/05/2000** | Years Due: | **2022/2023** |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Vice President | LUIS MOUSSALI | 2807 Marina Drive, Elkhart, IN, 46514, USA |
| President | EDUARDO MOUSSALI | 2807 Marina Drive, Elkhart, IN, 46514, USA |
| Vice President | Luis Moussali | 2807 Marina Dr., Elkhart, IN, 46514, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA** |

<div style="text-align:right">

# EXHIBIT C

</div>

| | |
|---|---|
| **From:** | Gustin, Courtney |
| **To:** | "Mark Byrd" |
| **Subject:** | RE: White v. Pappas |
| **Date:** | Monday, February 14, 2022 3:45:00 PM |

Hi Mark,

Thank you for the updated information. Unfortunately I am not sure how case value will impact whether the lawsuit gets bumped to Arbitration. Although I have experience with Judge Flanagan, the Arbitration procedure for Law Division is new.

I look forward to hearing from you tomorrow.

Sincerely,


Courtney

**K. Courtney Gustin**
Cincinnati Insurance Company Staff Defense
Legal Litigation Department - Chicago
10 S. LaSalle Street
Suite 3310
Chicago, IL 60603
(312) 429-4858 (Direct)
(312) 281-7040 (Office)
(312) 251-0258 (Fax)
Courtney_Gustin@staffdefense.com

**Confidentiality notice:** *The information included in this email, including any attachments, is for the sole use of the intended recipient and may contain information that is confidential and protected. Any unauthorized review, use, disclosure, distribution or similar action is prohibited. If you are not the intended recipient, please contact the sender and delete all copies of the original message immediately. For additional information on our privacy policies, including state specific information, please visit our* *privacy policy*

*****Attention*****
*In light of the nationwide COVID-19 health emergency, our office will be working remotely for an indefinite period of time. To facilitate a timely response, kindly provide all communication and documents to our office **electronically via e-mail**. Please avoid using regular mail if possible. If you are unable to send materials electronically, please contact the attorney on the file to discuss the matter. We appreciate your anticipated cooperation.*

**From:** Mark Byrd <byrdlaw@comcast.net>
**Sent:** Monday, February 14, 2022 2:18 PM
**To:** Gustin, Courtney <Courtney_Gustin@staffdefense.com>
**Subject:** White v. Pappas


**This Message Is From an External Sender**


**EXHIBIT D**

This message came from outside your organization.

Good Afternoon Ms. Gustin,

Just an update my client brought his initial Answers to Interrogatories and Request to Produce to my office this morning (Rough will need some work) as well as all past medical records and bills.  I was mislead on the amount of medical specials for past medical.  Those actually total $94,220.10 excluding future medical and for the cost of dental implants.  Do you think the amount of actual damages puts us out of the Arbitration issue or do you think the Judge will want us to still go through that.  I'm ok with it either way just checking based on your prior experience with her.

I will contact you in the morning to discuss what you want included in the email to Judge Flanagan and to send you a copy of the proposed CMO.

Thanks and have a Great Day!

Mark A. Byrd

**Mark A. Byrd P.C.**
**Attorney at Law**
**308 W. State St. Ste. 450**
**Rockford, IL 61101**
**(815) 964-5492  Office**
**(815) 964-5395  Fax**
**byrdlaw@comcast.net**

**STATEMENT OF CONFIDENTIALITY: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited.**

**EXHIBIT D**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, E

Appearance and Jury Demand*

(1/20/17) CCG N009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY _____ DEPARTMENT/ _LAW_____ DISTRICT

FILED
3/24/2022 3:01 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L008366
Calendar, E
17228327

DALE D. WHITE,

_____

**Plaintiff**

v.

JOHN G. PAPPAS and VITRACOAT AMERICA, INC.

_____

**Defendant**

No. _2021 L 008366_

Claimed $: _____

Return Date: _____

Time: _____

Court Date: _____

Room No.: _____

_____
**Address of Court District for Filing**

FILED DATE: 3/24/2022 3:01 PM 2021L008366

### APPEARANCE AND JURY DEMAND*

■ General Appearance    ■ 0900 - Fee Paid        ❑ 0904 - Fee Waived

            ❑ 0908 - Trial Lawyers Appearance - No Fee

■ Jury Demand*       ■ 1900 - Appearance and Jury Demand/Fee Paid    ■ Twelve-person Jury

            ❑ 1904 - Appearance and Jury Demand/Fee Waived    ❑ Six-person Jury

The undersigned enters the appearance of:    ❑ Plaintiff    ■ Defendant

     JOHN G. PAPPAS

_____
(Insert Litigant's Name)

_____
Signature

❑ Initial Counsel of Record    ❑ Pro Se (Self-represented)   **2810** ❑ Rule 707 Out-of-State Counsel (pro hac vice)
❑ Additional Appearance    ❑ Substitute Appearance

■ Atty. No.: _59695_____    ❑ Pro se  99500

Name: _K. Courtney Gustin_____

Atty. for: _Defendants_____

Address: _10 South LaSalle Street, Suite 3310___

City/State/Zip: _Chicago, Illinois 60603_____

Telephone: _312-281-7040_____

Primary Email: _courtney_gustin@staffdefense.com_

Secondary Email: _christina_larcher@staffdefense.com_

Tertiary Email: _kristi_lyons@staffdefense.com_

---

**Important**

*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, facsimile transmission (fax), Email transmission or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

---

**Pro Se Only:** ❑ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address: _____
***Strike demand for trial by jury if not applicable.**

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

_____

Attorney for    ❑ Plaintiff    ■ Defendant

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

**EXHIBIT E**